UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RONALD BLOODWORTH, | ) | CASE NO. 1:16 CV 2068 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM OF OPINION |
| ALAN J. LAZAROFF, et al., | ) | AND ORDER |
| | ) | |
| Defendants. | ) | |

On August 17, 2016, plaintiff *pro se* Ronald Bloodworth, an inmate at the Mansfield Correctional Institution ("MANCI"), filed this *in forma pauperis* action against the following defendants: MANCI Warden Allen J. Lazaroff, MANCI Unit Manager Chief William Salas, and MANCI Unit Manager Greg Morrow. Plaintiff alleges in the complaint that: he has not been provided "state soap," that defendants falsely claim he has been provided hygiene kits, and that prison grievance procedures have not been followed as required by Ohio law.

A prisoner is prohibited from bringing a civil action or appealing a judgment in a civil action *in forma pauperis* if, on three or more prior occasions, the prisoner brought an action or appeal in a court of the United States that was dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted. 28 U.S.C. § 1915(g).

Bloodworth has on at least three prior occasions filed an inmate civil action in federal court that was dismissed as frivolous or for failure to state a claim. *See, Bloodworth v. Konteh,* N.D. Ohio Case No. 3:11 CV 1154; *Bloodworth v. Smith*, N.D. Ohio Case No. 3:11 CV 968; and, *Bloodworth v. Smith,* Case No. 3:10 CV 1617. Further, there are no allegations in the instant

complaint suggesting plaintiff is in imminent danger of serious physical injury. Thus, he may not proceed *in forma pauperis*, and this case is subject to summary dismissal. *Rittner v. Kinder*, No. 06-4472, 2008 WL 3889860 (6th Cir. Aug. 20, 2008).

Accordingly, this action is dismissed without prejudice. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

                                                   /s/ Patricia A. Gaughan  
                                                   PATRICIA A. GAUGHAN  
                                                   UNITED STATES DISTRICT JUDGE

Dated: 11/15/16